UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAMBERT BARNES,

           Petitioner,

vs.                                   Case No. 2:05-cv-279-FtM-29SPC
                                      Case No. 2:98-cr-29-FTM-29SPC

UNITED STATES OF AMERICA,

           Respondent.
_____/

**ORDER**

     This matter comes before the Court on petitioner's Petition Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. #79), filed on June 13, 2005. A review of the criminal file indicates that, on October 14, 2004, a Revocation of Supervised Release and Judgment (Doc. #67) was entered revoking supervised release, sentencing petitioner to 24 months of incarceration and 12 months of supervised release, and requiring drug testing. On November 15, 2004, counsel for petitioner filed a Motion for Extension of Time to File Notice of Appeal (Doc. #68), which was granted and a Notice of Appeal (Doc. #69) was filed on November 15, 2004. That appeal remains pending before the Eleventh Circuit Court of Appeals, has been assigned appellate number 04-16164H, and petitioner is represented by counsel on appeal.

     This Court lacks jurisdiction to consider petitioner's § 2255 motion at this time. Absent extraordinary circumstances, a

defendant may not seek collateral relief while his direct appeal is pending.  Fernandez v. United States, 941 F.2d 1488, 1491 (11th Cir. 1990); United States v. Khoury, 901 F.2d 975, 976 (11th Cir.), modified, 910 F.2d 713 (11th Cir. 1990).  The Court's review of the issues petitioner seeks to raise, done with the liberal construction required by Fernandez, reveals no extraordinary circumstances.  The issues petitioner seeks to raise in the § 2255 petition can be raised in a direct appeal.  Therefore, this Court is without jurisdiction at this time.  As Khoury noted, a defendant may pursue collateral remedies without prejudice after jurisdiction is returned to the district court.  Therefore, at this time, the motion will be denied.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.  Petitioner's Petition Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. #79) is **DISMISSED.**  The Clerk is directed to enter Judgment dismissing the § 2255 for lack of jurisdiction, terminate all pending motions, and to close the civil file.

2.  The Clerk shall forward a copy of the Notice of Appeal (Doc. #69) to petitioner for his information.

**DONE AND ORDERED** at Fort Myers, Florida, this __14th__ day of June, 2005.

_____
JOHN E. STEELE
United States District Judge

Copies:
Lambert Barnes
Parties of Record